

## United States District Court
## Eastern District of California

Jessica Lyon and Tucker Tague

Plaintiff(s)

V.

Laboratory Corp. of America Holdings, et al.

Defendant(s)

Case Number: 2:25-cv-03129-AC

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Thomas L. Caradonna hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Laboratory Corporation of America Holdings, Labcorp Diagnostics, LLC, Labcorp Genetics, Inc.

On ___10/09/1987___ (date), I was admitted to practice and presently in good standing in the

___Supreme Court of Missouri___ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

Date:___02/17/2026___     Signature of Applicant: /s/ Thomas L. Caradonna

**Pro Hac Vice Attorney**

Applicant's Name: Thomas L. Caradonna

Law Firm Name: Lewis Rice LLC

Address: 600 Washington Avenue

Suite 2500

City: Saint Louis    State: MO    Zip: 63101

Phone Number w/Area Code: (314) 444-7693

City and State of Residence: Saint Louis, Missouri

Primary E-mail Address: tcaradonna@lewisrice.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Graham M. Cridland

Law Firm Name: LEWIS BRISBOIS BISGAARD & SMITH LLP

Address: 2020 West El Camino Avenue

Suite 700

City: Sacramento    State: CA    Zip: 95833

Phone Number w/Area Code: (916) 646-8221    Bar # 243646

## <u>ORDER</u>

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: February 24, 2026

_Dale A. Drozd_

JUDGE, U.S. DISTRICT COURT