UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA LYON, et al.,<br>Plaintiffs,<br>v.<br>LABORATORY CORPORATION OF AMERICA HOLDINGS, et al.,<br>Defendants. | No. 2:25-cv-03129-DAD-AC<br><br>ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT<br><br>(Doc. No. 37) |

On October 19, 2026, defendant United States of America filed a motion to extend the time to file a response to plaintiff's first amended complaint (Doc. No. 22) by 45 days. (Doc. No. 37.) Defendant represents that plaintiff's counsel has no objections to its motion. (*Id.* at 2.) Good cause appearing, the court hereby GRANTS defendant's motion (Doc. No. 37). Defendant United States of America shall file a response to plaintiff's first amended complaint no later than December 3, 2026.

IT IS SO ORDERED.

Dated: **October 20, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE